```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

CHARLES LANGDON
                                                                                                     PLAINTIFF

v.                Case No. 3:10CV00278 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                    DEFENDANT

**<u>JUDGMENT</u>**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE