```
        IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

CHARLES LANGDON
                                                    PLAINTIFF

v.              Case No. 3:10CV00278 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE