IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES LANGDON

PLAINTIFF

v.                    Case No. 3:10CV00278 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                    DEFENDANT

## ORDER

Pursuant to the Order of the Eighth Circuit Court of Appeals upon the unopposed motion by the Commissioner to vacate and remand, the Court remands this matter to the Commissioner for further administrative proceedings pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 25th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE